```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOHN A. SOSINAVAGE,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN SCOTT THOMSON, et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 14-3292 (JBS-AMD)<br><br>**JUDGMENT** |

This matter having come before the Court on the unopposed application of Defendants County of Camden, Police Chief John Scott Thomson, Deputy Chief Orlando Cuevas, Deputy Chief Michael Lynch, and Louis Vega in their capacity as employees of the County of Camden and Camden County Police Department (collectively, "the County Defendants") for reasonable legal fees and expenses [Docket Item 225]; the Court having considered the County Defendants' submissions; for the reasons explained in the Memorandum Opinion and Findings of today's date; and for good cause shown;

IT IS this **4th** day of **April**, **2019**, hereby

**ORDERED** that the County Defendants' unopposed application for reasonable legal fees and expenses [Docket Item 225] shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Judgement shall be entered in favor of the County of Camden and against Ms. Cheryl L. Cooper, Esq. and Law Offices of Cheryl L. Cooper in the amount of **$89,234.74**, for legal fees

and expenses pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.2.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      U.S. District Judge