UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JOHN A. SOSINAVAGE,  1:14-cv-3292-NLH-AMD

    Plaintiff,  **ORDER**

  v.

POLICE CHIEF JOHN SCOTT
THOMSON, et al.,

    Defendants.

---

**HILLMAN**, **District Judge**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  2nd  day of November, 2022

**ORDERED** that Defendants' Motion for Summary Judgment Pursuant to Rule 56 (ECF 336) be, and the same hereby is, **GRANTED**, and it is further

**ORDERED** that the Clerk shall mark this matter as **CLOSED**.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.